JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Victorino Castillo<br><br>        Plaintiff,<br><br>v.<br><br>Beverages and More, Inc. et al<br><br>        Defendants. | Case No.  CV 16-07477-AB (AJWx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __**60**__ **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: February 1, 2017      _____
                                                 ANDRÉ BIROTTE JR.
                                                 UNITED STATES DISTRICT JUDGE